1040

TMB ENTERPRISES, *Respondent*, v. DOLLAR SAVER CLEANER CLUB, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 88–2–13018–8, Charles S. Burdell, Jr., J., entered February 22, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Grosse, A.C.J., and Baker, J.

*In the Matter of the Dependency of* P.D.

SANDRA DAVIS, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

PAUL DAVIS, SR., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 87–7–00040–5, Byron L. Swedberg, J., entered February 2, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster and Pekelis, JJ. Now published at 58 Wn. App. 18.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHARLES GROVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86–1–00836–1, Edward Heavey, J., entered May 19, 1988. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman, C.J., and Webster, J.